```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     v.                             :  Affirmation in Support of
                                    :  Application for an Order of
KEVIN WATSON,                       :  Continuance
                                    :
                                    :  17 Mag. 7820
          Defendant.                :
------------------------------------X

State of New York              )
County of New York             : ss.:
Southern District of New York  )
```

Michael C. McGinnis, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1.  I am an Assistant United States Attorney in the Office of Joon H. Kim, Acting United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

2.  The defendant was arrested in the Southern District of New York on October 20, 2017, and was charged with violations of 18 U.S.C. §§ 1349 and 1028A in a complaint dated October 20, 2017. The defendant was presented before Magistrate Judge Sarah Netburn on August 21, 2017. The defendant was

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 20 2017

detained on consent. Jack Goldberg, esq. was subsequently retained as defense counsel.

3. Subsequent to the initial presentment, defense counsel consented to a waiver of his client's right, pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure, to a preliminary hearing within 30 days of the initial appearance. Accordingly, under the Speedy Trial Act, the Government initially was required to file an indictment or information on or before November 20, 2017.

4. Jack Goldberg, esq., counsel for the defendant, and I have discussed a possible disposition of this case. The negotiations have not been completed, and we plan to continue our discussions but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on November 20, 2017.

5. Therefore, the Government is requesting a continuance until December 20, 2017, to continue the foregoing discussions and reach a disposition of this matter. I personally communicated with Mr. Goldberg, and the defendant, through counsel, consents to this request.

6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:   New York, New York
         November 20, 2017

                                    Michael C. McGinnis
                                    Assistant United States Attorney
                                    (212) 637-2305