UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :    **Order of Continuance**
            v.                      :
                                    :    17 Mag. 7820
KEVIN WATSON,                       :
                                    :
                                    :
            Defendant.              :
------------------------------------X

      Upon the application of the United States of America and the affirmation of Michael C. McGinnis, Assistant United States Attorney for the Southern District of New York, it is found that the defendant, KEVIN WATSON, was arrested in the Southern District of New York on October 20, 2017, and was charged with violations of 18 U.S.C. § 924(c) and 21 U.S.C. § 846, in a complaint dated October 20, 2017.

      It is further found that the defendant was presented before Magistrate Judge Sarah Netburn in the Southern District of New York on October 20, 2017, and was detained;

      It is further found that Jack Goldberg, counsel for the defendant, and Assistant United States Attorney Michael C. McGinnis have engaged in, and are continuing to engage in, discussions concerning a possible disposition of this case;

      It is further found that the Government has requested a continuance to engage in further discussions with counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

about the disposition of this case and that the defendant, through counsel, has consented to such a continuance for that purpose and has specifically waived his right to be charged in an indictment or information for an additional period not to exceed 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until December 20, 2017, and that a copy of this Order and the affirmation of Assistant United States Attorney Michael C. McGinnis be served on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
November 20, 2017

_____
UNITED STATES MAGISTRATE JUDGE