AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-MJ-07820-UA-1 |
| KEVIN WATSON | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEVIN WATSON

Date:   02/21/2018

/s/ MURRAY RICHMAN
*Attorney's signature*

MURRAY RICHMAN / MR2420
*Printed name and bar number*

2027 WILLIAMSBRIDGE ROAD
BRONX, NEW YORK 10461

*Address*

MRICHMAN_MR@MSN.COM
*E-mail address*

(718) 892-8588
*Telephone number*

(718) 518-0674
*FAX number*