☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA  :

           v.                             :  **Affirmation in Support of Application for an Order of Continuance**

KEVIN WATSON  :
   a/k/a "Buff,"  :  17 Mag. 7820

                   *Defendant.* :
------------------------------------------------------------X

State of New York            )
County of New York        ) ss.:
Southern District of New York )

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 0 2018
```

      Elizabeth A. Hanft, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.    I am an Assistant United States Attorney in the Office of Geoffrey S. Berman, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

      2.    The defendant was charged with a violation of 21 U.S.C. § 846 and 18 U.S.C. § 924(c) in a Complaint dated October 20, 2017. The defendant was arrested and presented before Magistrate Judge Sarah Netburn on October 20, 2017. The defendant was detained on consent. Jack Goldberg, Esq. was subsequently retained as defense counsel.

      3.    Under the Speedy Trial Act, the Government was required to file an indictment or information by November 20, 2017.

      4.    On November 20, 2017, United States Magistrate Andrew J. Peck granted the Government's application to extend the time in which to file an indictment or information by 30

days. Accordingly, under the Speedy Trial Act, the Government had until December 20, 2017 to file an indictment or information.

5. On December 20, 2017, United States Magistrate Judge Sarah Netburn granted the Government's application to extend the time in which to file an indictment or information by 30 days. Accordingly, under the Speedy Trial Act, the Government had until January 19, 2018 to file an indictment or information.

6. On January 19, 2018, United States Magistrate Judge Henry B. Pitman granted the Government's application to extend the time in which to file an indictment or information by 30 days. Accordingly, under the Speedy Trial Act, the Government had until February 20, 2018 to file an indictment or information.

7. Defense counsel and I have had discussions concerning a possible disposition of this case. The negotiations have not been completed, and we plan to continue our discussions, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on February 20, 2018.

8. Therefore, the Government is requesting a continuance until March 22, 2018 to continue the aforementioned discussions and reach a disposition of this matter. On February 20, 2018, I personally communicated with defense counsel and he consents to this request.

9. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
February 20, 2018

                                                                  */s/ Elizabeth A. Hanft*
                                                                  Elizabeth A. Hanft
                                                                  Assistant United States Attorney
                                                                  (212) 637-2334